PROB 12C
(7/93)

Report Date: June 13, 2016

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Adam T. Layton | Case Number: 0980 2:14CR00006-TOR-1 |
| | 0980 2:14CR00160-TOR-1 |

Address of Offender:                          , Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 18, 2015

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) |
| | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 942(a)(2) |
| Original Sentence: | Prison 30 months - (2:14CR00006-TOR-1); Prison 24 months - (2:14CR00160-TOR-1) TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks |
| Date Supervision Commenced: | April 11, 2016 |
| Defense Attorney: | Federal Defenders Office |
| Date Supervision Expires: | April 10, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 2 | **Mandatory Condtion #4**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |

**Supporting Evidence**: Adam Layton was arrested on June 12, 2016, and placed in the Spokane County Jail for First Degree Assault, RCW 9A.36.011, a Class A Felony, and Drive By Shooting, RCW 9A.36.045(1), a Class B Felony.

According to the Spokane Police Department incident report number 16-185971, on or about May 24, 2016, Adam Layton, with intent to inflict great bodily harm, did assault another person with a firearm or any deadly weapon or by any force or means likely to produce great

Prob12C
Re: Layton, Adam T.
June 14, 2016
Page 2

        bodily harm or death. Also, on or about May 24, 2016, Adam Layton did recklessly discharge a firearm in a manner which created a substantial risk of death or serious physical injury to another person, and the discharge was either from a motor vehicle, or from the immediate area of a motor vehicle that was used to transport the shooter or the firearm, or both, to the scene of the discharge.

3        **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: On June 4, 2016, Adam Layton violated conditions of his supervised release by consuming methamphetamine.

        On June 6, 2016, Mr. Layton reported as directed to the vendor site for a random urine test. The sample was tested and returned a presumptive positive reading for methamphetamine. At that time, the offender admitted to consuming the controlled substance and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   6/14/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Thomas O. Rice*

Signature of Judicial Officer

June 14, 2016

Date