PROB 12C
(6/16)

Report Date: July 10, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adam T. Layton      Case Number: 0980 2:14CR00160-TOR-1

Address of Offender: Sunnyside Jail - 401 Homer Street, Sunnyside, WA 98944

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 18, 2015

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 942(a)(2) |
| Original Sentence: | Prison - 24 months;  TSR - 36 months     Type of Supervision: Supervised release |
| Revocation Sentence: (09/14/2017) | Prison - 14 months; TSR - 22 months |
| Asst. U.S. Attorney: | Earl A. Hicks     Date Supervision Commenced:  May 10, 2019 |
| Defense Attorney: | Federal Defenders Office     Date Supervision Expires:  March 9, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/26/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: Adam Layton is alleged to have committed assault in Yakima, Washington, on or about June 11, 2020. |
| | According to the Sunnyside police report number 20S05464, officers were dispatched to Pod 300 to investigate an occurrence. After further investigation, it was determined that Adam Layton assaulted two individuals. One victim had a bruise under his eye and the other had a fractured orbital bone that will require surgery. When deputies spoke with Mr. Layton regarding the incident, he apologized and claimed to know that sanctions would be given for the incident. It should also be noted that Mr. Layton did have blood on the back of his shirt. |

Prob12C
**Re: Layton, Adam T.**
**July 10, 2020**
**Page 2**

On May 15, 2019, Adam Layton signed his judgments for case number 2:14CRCR00160-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Layton was made aware by his U.S. probation officer that he must not commit another federal, state, or local crime.

7    **Mandatory Condition #1**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: Adam Layton is alleged to have attempted to introduce narcotics into the Sunnyside Jail on or about June 8, 2020.

On June 8, 2020, a Sunnyside corrections officer noticed a rectangular shaped indentation on photos that were being mailed to Adam Layton. Further investigation revealed that five out of the eight photos had a sticker on the back that could be removed. The officer removed the sticker backing and noticed a rectangle marked N8, which is common for Suboxone tabs. Suboxone is an illicit controlled substance.

Mr. Layton was given a mail denial form. The officer stated Mr. Layton did not seem surprised and just wanted to know who sent it. Mr. Layton's lack of surprise would indicate Mr. Layton was aware of the incoming narcotics.

On May 15, 2019, Adam Layton signed his judgments for case number 2:14CRCR00160-TOR-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Layton was made aware by his U.S. probation officer that he must not commit another federal, state, or local crime.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 10, 2020

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

**Prob12C**
**Re: Layton, Adam T.**
**July 10, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[X]  Other: This petition will be addressed at the revocation of supervised release hearing scheduled for 7/16/2020,

_____
Thomas O. Rice
Chief United States District Judge

July 13, 2020
Date